1
2
3
4
5
6
7
8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  In re: SAMMEISO LEONARD<br>LEWIS Cases. | Case Nos. 2:25-cv-04363-TJH-MAA;<br>2:25-cv-05665-TJH-MAA; 2:25-cv-<br>05727-TJH-MAA; 2:25-cv-05774-<br>TJH-MAA; 2:25-cv-05778-TJH-<br>MAA; 2:25-cv-05780-TJH-MAA;<br>2:25-cv-05785-TJH-MAA; 2:25-cv-<br>05982-TJH-MAA; 2:25-cv-05987-<br>TJH-MAA; 2:25-cv-05989-TJH-<br>MAA; 2:25-cv-05994-TJH-MAA;<br>2:25-cv-05996-TJH-MAA |
| | **ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE<br>JUDGE** |

22          Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file

23   herein and the Report and Recommendation[1] of the United States Magistrate Judge.

24   ///

25

26   ─────────────────

[1] With respect to Case Nos. 2:25-cv-05727-TJH-MAA and 2:25-cv-05778-TJH-

27   MAA, the Report and Recommendation was docketed as ECF No. 6.  With respect
     to each of the remaining ten Cases, the Report and Recommendation was docketed

28   as ECF No. 5.

Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT THEREFORE IS ORDERED** that:

(1)    The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

(2)    All Applications to proceed *in forma pauperis* ("IFP") in the Cases with Pending IFP Applications are **DENIED**;

(3)    All Cases with Pending IFP Applications are **DISMISSED with prejudice and without leave to amend**;

(4)    Plaintiff is hereby **DECLARED** a vexatious litigant;

(5)    Plaintiff is **REQUIRED** to seek prefiling approval of the Court before filing any new *pro se* case, complaint, petition, or IFP application; and

(6)    The Clerk is **DIRECTED** to file promptly any documents submitted by Plaintiff, acting *pro se*, through EDSS or using any other means, in the docket for case number 2:25-cv-02661-TJH-MAA, unless otherwise directed by the Court.

DATED: September 10, 2025

_____
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE